ATLAS DATA PRIVACY CORPORATION as assignee of individuals who are Covered Persons;

JANE DOE-1, a law enforcement officer; JANE DOE-2, a law enforcement officer;

EDWIN MALDONADO; SCOTT MALONEY; JUSTYNA MALONEY; PATRICK COLLIGAN; PETER ANDREYEV; WILLIAM SULLIVAN

v.

ZILLOW, INC., and ZILLOW GROUP, INC.,

                                                                                            Appellant